

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Tony Goodrum  T-86808  Chuckawalla State Prison  PO Box 2349  Blythe, CA 92226

**Plaintiff,**

V.

Cynthia Y. Tampkins, Warden

**Defendant.**

Civil Action No.  11-cv-02262-AJB-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court OVERRULES Petitioner's objections, (Doc. No. 96), ADOPTS the R&R in its entirety, (Doc. No. 91), DENIES Petitioner's Second Amended Petition, (Doc. No. 75), and DECLINES to issue a certificate of appealability.
IT IS SO ORDERED.

Date:   9/30/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy